

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-18-00039-CV

**IN RE DAIMLER TRUCKS NORTH AMERICA LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                    Rebeca C. Martinez, Justice
                    Patricia O. Alvarez, Justice

On January 22, 2018, relator filed a petition for writ of mandamus and an emergency motion for stay pending mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court **no later than February 12, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

In its emergency motion for stay pending mandamus, relator asks this court to stay the trial court's January 8, 2018 "Order Regarding Deposition of Defendant Daimler Trucks North America, LLC," which contains two decretal paragraphs relating to depositions of relator's representatives. In its petition for writ of mandamus, relator complains only about the second decretal paragraph, but, in its emergency motion, asks this court to stay the entire order. Relator's request for a stay is GRANTED IN PART.

It is, therefore, ORDERED that the portion of the trial court's January 8, 2018 order, which states as follows, is STAYED pending final resolution of the petition for writ of mandamus:

> As to the 30 subject matters identified in the Diab affidavit as encompassing trade secret information, Defendant SHALL designate one or more individuals to testify on its behalf with respect to such matters to the extent such matters are known or reasonably available to the Defendant, subject to the Defendant's right to object to questions propounded during the deposition as provided by Rule 199.S(e), and subject also to the provisions of the stipulated Protective Order

---

[1] This proceeding arises out of Cause No. 2014-CI-07361, styled *Ricardo Garza, et al. v. Daimler Trucks North America, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

signed by this Court on February 15, 2017, and on file among the papers of this cause.

It is further ORDERED that the portion of the trial court's January 8, 2018 order which states "[t]he deposition of the individual or individuals so designated SHALL occur on or before February 5, 2018" is STAYED to the extent the deposition relates to the matters referenced in the above-quoted paragraph.

It is so **ORDERED** on January 25, 2018.

**PER CURIAM**

ATTESTED: _____

KEITH E. HOTTLE,
Clerk of Court

